MARTHA C. KUHNE, Respondent, *v.* CHARLES A. GESCHEIDT et al., Appellants.

*Kuhne* v. *Gescheidt,* 78 Hun, 613, affirmed.
(Argued June 5, 1896; decided June 19, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*H. M. Gescheidt* for appellants.

*Theodore B. Gates* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., dissenting.

In the Matter of the Estate of GEORGE WILLIAM SUTTON, Deceased.

*Matter Estate of Sutton,* 3 App. Div. 208, affirmed.
(Argued June 5, 1896; decided June 19, 1896.)

CROSS-APPEALS from order of the Appellate Division of the Supreme Court in the second judicial department, made April 7, 1896, which affirmed an order of the surrogate of Westchester county fixing the amount of the transfer tax due from the estate of George William Sutton, deceased.

*James M. Hunt* for county treasurer.

*George A. Strong* for executor.

Order affirmed, with costs, on opinion below.
All concur.